UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-81321-cv-MIDDLEBROOKS

LAURA FRAM, individually and on
Behalf of all others similarly situated,

Plaintiff,

v.

MODERNIZING MEDICINE, INC. and
CURALTA FOOT & ANKLE PENN, P.C.,

Defendants.
_______________________________/

**ORDER CLOSING CASE**

THIS CAUSE comes before the Court on Plaintiff's Notice of Voluntary Dismissal without Prejudice, filed November 6, 2025. (DE 6). Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, a plaintiff may voluntarily dismiss an action by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Defendant has served neither. Accordingly, it is **ORDERED** that:

1. This case is **DISMISSED WITH PREJUDICE.**
2. The Clerk of Court shall **CLOSE THIS CASE.**
3. All pending motions are **DENIED AS MOOT.**

**SIGNED** in Chambers, at West Palm Beach, Florida, this 7 day of November, 2025.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE